UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

Griff Baker,

        Plaintiff,

v.

Allstate Financial Services, Inc.,

        Defendant.

_____

Civil No. 07-cv-2579 (JNE/JJG)

**ORDER**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED THAT:**

I.     Allstate's motion to dismiss (Doc. No. 6) is **GRANTED IN PART AND DENIED IN PART** as set forth below:

    A.     Baker's claim under 15 U.S.C. § 1692f is **DISMISSED WITHOUT PREJUDICE**.

    B.     Baker's claims under 15 U.S.C. §§ 1692d's general provision, 1692e's general provision, and 1692e(2) are **DISMISSED WITH PREJUDICE** as to April's message.

    C.     Allstate's motion as to the remainder of Baker's claims is **DENIED**.

Dated:  May 13, 2008`                                              s/  Joan N. Ericksen
                                                                          JOAN N. ERICKSEN
                                                                          Judge, United States District Court